UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

———

STEVEN TRAPP,

    Plaintiff,            Case No. 2:21-cv-185

v.                             Honorable Paul L. Maloney

ERICA HUSS et al.,

    Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:   August 24, 2021                      /s/ Paul L. Maloney
                                                           Paul L. Maloney
                                                           United States District Judge